Donald J. Verfurth, WSBA No. 15554
dverfurth@gordonrees.com
Neal J. Philip, WSBA No. 22350
nphilip@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone:  (206) 695-5100
Fax:  (206) 689-2822
*Attorneys for Defendant Unigard Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY KAY TAYLOR,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIGARD INSURANCE COMPANY, a Washington Corporation,<br><br>　　　　　　　Defendant. | NO.<br><br>NOTICE OF REMOVAL |

TO:   THE UNITED STATES DISTRICT COURT
　　　 FOR THE WESTERN DISTRICT OF WASHINGTON

Defendant Unigard Insurance Company, erroneously identified by plaintiffs as a Washington corporation, hereby removes to this Court the state court action described below:

1. On September 17, 2014, named plaintiff Mary Kay Taylor commenced an action in the Superior Court of Washington, King County, entitled *Mary Kay Taylor v. Unigard Insurance Company, et al.*, Cause No. 14-2-25559-4 SEA.

2. Taylor served her Complaint on the Washington State Office of the Insurance Commissioner on September 24, 2014.

NOTICE OF REMOVAL - 1

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

3. Upon information and belief, Taylor is a citizen of a state other than Washington or Wisconsin.

4. Although plaintiff identifies Unigard as a Washington corporation, Unigard is in fact a Wisconsin corporation with its principal place of business in Wisconsin. Appendix A.

5. Taylor alleges in her Complaint that she is an insured under a UIM policy she purchased from Unigard and that Unigard wrongfully denied her UIM claim, thereby breaching the insurance contract in bad faith, among other claims.

6. Upon information and belief, and based upon her Complaint, Taylor is claiming damages in excess of $75,000.

7. Removal is proper because plaintiff and defendant are citizens of different states and the amount in controversy exceeds $75,000.

8. The exhibits attached hereto as Appendix B constitute all of the pleadings and filings in the King County Superior Court matter.

INTRADISTRICT ASSIGNMENT

9. Plaintiff is aware of no reason supporting reassignment of this case to the Tacoma Division.

DATED this 24th day of October, 2014.

GORDON & REES LLP

*/s/Donald J. Verfurth*
Donald J. Verfurth, WSBA No. 15554
dverfurth@gordonrees.com
Neal J. Philip, WSBA No. 22350
nphilip@gordonrees.com
GORDON & REES LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone:  (206) 695-5100
*Attorneys for Defendant Unigard Insurance Company*

NOTICE OF REMOVAL - 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# DECLARATION OF SERVICE

I hereby declare, under penalty of perjury under the laws of the State on Washington, that on the 24th day of October, 2014, I served a true and correct copy of the foregoing document on the following via email and U.S. mail, postage prepaid:

Ashton K. Dennis, WSBA No. 44015
Washington Law Center, PLLC
15 Oregon Avenue, Suite 210
Tacoma, WA 98409
Telephone: (253) 476-2653
Facsimile: (253) 476-2298
Email: ashton@washingtonlawcenter.com
*Attorney for Plaintiff*

Lincoln C. Beauregard, WSBA No. 32878
Connelly Law Offices
2301 North 30th Street
Tacoma, WA  98403
Telephone: (253) 593-5100
Fax: (253) 593-0380
Email: lincolb@connelly-law.com
*Attorney for Plaintiff*

DATED this 24th day of October, 2014.

/s/Jeanne Perrin
Jeanne Perrin, Legal Secretary

NOTICE OF REMOVAL - 3

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822